## 61457. WASHINGTON v. THE STATE.

POPE, Judge.

Appellant's notice of appeal was filed 33 days following the trial court's denial of his motion for new trial. " 'This court is without jurisdiction where the notice of appeal is not timely filed in accordance with the statutory requirements of Code Ann. § 6-803. . . . *Smith v. State,* 140 Ga. App. 492 (231 SE2d 493) [(1976)]. See also Code Ann. § 6-804. . . .' *Freeman v. State,* 154 Ga. App. 344 (268 SE2d 727) [(1980)]." *Dunn v. State,* 156 Ga. App. 483 (274 SE2d 828) (1980).

*Appeal dismissed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED JUNE 17, 1981.

*Lawrence L. Washburn III,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Margaret V. Lines, A. Thomas Jones, Assistant District Attorneys,* for appellees.